UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERI SOUZA,<br>          Plaintiff,<br><br>     v.<br><br>UNITED PARCEL SERVICE, INC. and<br>THE UPS STORE, INC.,<br>          Defendants. | Civil Action No. 18-cv-11292 |

## DEFENDANTS UNITED PARCEL SERVICE, INC. AND THE UPS STORE, INC.'S ASSENTED-TO MOTION TO PERMIT TWO WITNESSES TO TESTIFY REMOTELY AT TRIAL

Defendants United Parcel Service, Inc. and The UPS Store, Inc. (collectively, "Defendants") hereby respectfully request that the Court allow two trial witnesses, Kristen Binns and Ahman Duncan, who are located out of state, to testify remotely at trial, via videoconference transmission.

Additional grounds for this motion are set forth in the Memorandum of Law and Declaration of Jodi K. Miller, submitted herewith.

Plaintiff's counsel has stated that Plaintiff assents to the relief requested in this motion.

WHEREFORE, for the reasons set forth herein and in the accompany submissions, Defendants respectfully request that the Court allow two trial witnesses – Kristen Binns and Ahman Duncan – to testify at trial remotely, via videoconference transmission.

                                        Respectfully submitted,

                                        Counsel for Defendant,
                                        UNITED PARCEL SERVICE, INC.

                                        */s/ Jodi K. Miller*
                                        Jodi K. Miller, BBO No. 625089
                                        Bulkley, Richardson and Gelinas, LLP
                                        1500 Main Street, Suite 2700
                                        P.O. Box 15507
                                        Springfield, MA  01115-5507
                                        Tel. (413) 272-6249
                                        Fax (413) 272-6804
Dated:  May 7, 2019                   jmiller@bulkley.com


## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(b)(2)

      I hereby certify that, pursuant to Local Rule 7.1(b)(2), I attempted to confer with opposing counsel in a good-faith attempt to resolve or narrow the issues raised in this motion, and Plaintiff's counsel stated that Plaintiff assents to the relief requested herein.

                                        */s/ Jodi K. Miller*
                                        Jodi K. Miller


## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2019.

                                        */s/ Jodi K. Miller*
                                        Jodi K. Miller

3096063v1