UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERI SOUZA,<br>            Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., and<br>THE UPS STORE, INC.,<br>            Defendants. | Civil Action No. 18-cv-11292 |

## DECLARATION OF JODI K. MILLER

I, Jodi K. Miller, hereby depose and state as follows:

1.     I am an attorney licensed to practice in the Commonwealth of Massachusetts and a partner at the law firm of Bulkley, Richardson and Gelinas, LLP, counsel for the Defendants United Parcel Service, Inc. and The UPS Store, Inc. (the "Defendants"), in the above-captioned matter.  I submit this Declaration in support of the Defendants' Assented-to Motion to Permit Two Witnesses to Testify Remotely at Trial.

2.     On November 30, 2018, the Defendants served Initial Disclosures on the Plaintiff Sheri Souza ("Plaintiff"), disclosing, among other things, Ahman Duncan as an individual who may have discoverable information that Defendants may use to support their claims or defenses in this action.  Specifically, Defendants disclosed that Ms. Duncan is a Newport News GBS Customer Operations Representative for UPS and that she was involved in communications with Plaintiff when Plaintiff processed the packages at issue for shipment.

3. On March 25, 2019, the Defendants served Supplemental Initial Disclosures on the Plaintiff, disclosing Kristen Binns as an individual who may have discoverable information that Defendants may use to support their claims or defenses in this action. Specifically, Defendants disclosed that Ms. Binns is the Newport News International Operations Manager for UPS, and that she was "[f]amiliar with applicable rules and protocols for UPS customer service representatives and UPS's system for recorded customer service calls."

4. In their pretrial disclosures filed on April 17, 2019 (Dkt. No. 55), Defendants identified both Ms. Duncan and Ms. Binns as witnesses Defendants expect to present at trial.

5. Both Ms. Binns and Ms. Duncan are employed at the UPS call center located in Newport News, Virginia, which is approximately 600 miles from the courthouse in Boston.

Signed under the penalties of perjury this 7th day of May, 2019.

/s/ Jodi K. Miller
Jodi K. Miller

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2019.

/s/ Jodi K. Miller
Jodi K. Miller

3096147v1